PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| | DOCKET NUMBER *(Transferring Court)*<br>CR-24-00673-002-TUC-RM (BGM) |
| | DOCKET NUMBER *(Receiving.Court)*<br>2:26-cr-00052-JAD-DJA |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
|---|---|---|
| Myeisha Gaines | NAME OF SENTENCING JUDGE<br>The Honorable Rosemary Marquez<br>U.S. District Judge | |

| | | FROM | TO |
|---|---|---|---|
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | 10/1/2025 | 9/30/2029 |

OFFENSE
Violating 21 U.S.C. § 963; 21 U.S.C. § 952(a); 21 U.S.C. § 960(a)(1); and 21 U.S.C. § 960(b)(3): Conspiracy to Import Fentanyl and Fluorofentanyl, a Class C felony offense, as charged in the Information.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Gaines has remained compliant with her conditions of probation since her sentencing. Currently she is residing with her sister in Las Vegas, Nevada. Ms. Gaines has never lived in the District of Arizona and has no intention of relocating to our District. Therefore, to address any matters that may require the Court's attention in an effective manner, the District of Nevada is requesting a transfer of jurisdiction.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Myeisha Gaines, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____April 13, 2026_____
Date

_____
The Honorable Rosemary Marquez
U.S. District Court

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____4/20/2026_____
Effective Date

_____
United States District Judge